# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JASMINE RANGEL,

                  Plaintiff,

                  v.

UNITED STATES OF AMERICA, L.E.A.D. TASK FORCE, YAKIMA POLICE DEPARTMENT, IMMIGRATION AND CUSTOM ENFORCEMENT AGENCY, and CUSTOMS AND BORDER PATROL,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3061-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendants' Motions to Dismiss (Ct. Rec. 32), Plaintiff's Complaint (Ct. Rec. 1) and Amended Complaint (Ct. Rec. 13) are DISMISSED without prejudice as to Defendants United States of America, Immigration and Custom Enforcement Agency, Customs and Border Patrol, LEAD Task Force, and Yakima Police Department.

9/13/10  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas